# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

March 2, 2010

*Receipt #6991*
*$4.19*
*3/3/10*

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

      RE:    RUTLEDGE, JEFFERY L. and RUTLEDGE, J CYNTHIA S.
             BK No.: 08-20946

Dear Clerk:

    Under FRBP 3010, enclosed please find a Trustee's check in the amount of $4.19, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 6 | Time Warner Cable<br>Division Office<br>120 Plaza Drive, Suite D<br>Vestal, NY 13850 | $252.28 | 11/14/08 | $2.48 |
| 10 | STHCC/NECCB<br>PO Box 717/PO Box 43<br>225 W. Water ST<br>Elmira NY 14901 | $174.42 | 01/05/09 | $1.71 |

Sincerely,

Madeline M. Stolt
Paralegal

Encl.



FILED
MAR 3 - 2010
BANKRUPTCY COURT
ROCHESTER, NY

---

1600 Crossroads Building     585 232 3730
Two State Street     FAX 585 232 3882     CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397     www.cdlawyers.com